Plaintiff's Name: Joshua Fordyce
Prisoner No. BM7760
Institution: Pelican Bay State Prison
P.O. Box-7500
Cresent City, CA, 95532-7000

Number of pages: 22
Received on 11/05/2024
Scanned/emailed on 11/05/2024
by [signature] at PBSP
Sr. Lib.
for the Northern District of California.

FILED
Nov 8 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Joshua Fordyce
*(Enter your full name)*

v.

Pysch doctor - Frye, PBSP
Pysch doctor - Rush, PBSP
Head PCMII, Danielle Wood
Canteen freestaff Jermy.
*(Enter the full name(s) of all defendants in this action)*

Case No. 24-cv-07830-SVK (PR)
*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement: Pelican Bay State Prison

B. Is there a grievance procedure in this institution?   ☒ YES   ☐ NO

C. If so, did you present the facts in your complaint for review through the grievance procedure?
☒ YES   ☐ NO

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

  1. Informal appeal: Per Mental Health pysch Doctors Here in Pelican Bay Have Denied Me My Constitutional Right. Per IM Transgender and

  2. ~~First~~ formal level: They continue to say I Do Not meet criteria of Gender Dysforia when The (DAI) policy #500.70.27 Allow me to self-Identify Due to Being Transgender The Constitutional Amended Right under The 1st, 8th, And 14th Amendment

3. Second formal level: ___N/A___

4. Third formal level: ___N/A___

E. Is the last level to which you appealed the highest level of appeal available to you?
☒ YES  ☐ NO

F. If you did not present your claim for review through the grievance procedure, explain why.

yes, I Have But They always Deny The 602 and Have changed The Grievance Poceedure to 1824 form's and I've pushed The Issues and Documented Everything

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

Self, Here in pelican Bay state prison Here in Cresent city, CA,

B. For each defendant, provide full name, official position and place of employment.

Pys. dR. FRye Head pyschologist / PBSP
Pys. dR. Rush   " pyschologist / PBSP
Danielle Wood → Head PCMII Here - PBSP
freestaff - Jermy - A-yard canteen / PBSP

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Per I Am a Transgender woman who's requested Access To Gender-Affirming Cosmetic per the canteen Here in Pelican Bay Does Not Have A policy To carry female Item, And Not only that The Mental Health pysch Doctors on 2 Different occassion's Have Discriminated on Me about Me being A Transgender woman per my 14Th Amendment. Promises Equal Protection

*Prisoner Complaint (rev. 12/4/2023)*    Page 2 of 3

Per Being Here In The Pelican Bay State prison I Have Been Discriminated against Due for the fact There is No Official policy pertaining To Housing Any Transgender Inmates. When I was reading The LAW LiBArY. ON TAbleT - petaining To The (D.A.I - policy #500.70.27 OR As Seen In case Bradley. V. Weber - 2020 U.S. Dist Lexis 85305 - Ive Not only Been Discriminated ON But By Mental Health and custody free Staff whom Run The canteen Here Ive Exhasted My Remedys And Asked them To fix the Issue is Bring Fourth they're failure To comunicate To Exhasted Remedy So Im pushing foward and filing A civil complaint and suit per CDCR failing To provide Me a constitutional Amended Right 1st, 14Th, 8Th   pushing A civil suit.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Im Requesting a civil suit per my Emotional Distress By Mental Health and the canteen clerks Not Taking Me and my Gender Dysforia serrious And I would Like To Be Housed with other Transgender females as myself.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 11/_/24
Date

[signature]
Signature of Plaintiff

# CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION
# GENDER IDENTITY INFORMATION FOR ICC

This form requires a face-to-face interview and should be completed prior to ICC to aid the committee in making the appropriate housing determination. Once completed, this form shall be retained as part of the ICC documents. CDCR shall not deny a search preference or housing placement based on any discriminatory reasons such as the inmate's anatomy, genitalia, physical characteristics or sexual orientation.

**Name:** Click or tap here to enter text.

**CDCR #:** Click or tap here to enter text.

**Gender Identity:** Click or tap here to enter text.

**Pronouns:** Click or tap here to enter text.

## Interview with Inmate

(Ask the inmate the following questions and document responses)

1. **Please state the reason you are requesting transfer to a male/female institution.** Click or tap here to enter text.
2. **At what age do you remember recognizing that your gender identity did not match the gender you were assigned at birth?** Click or tap here to enter text.
3. **What was your gender assigned at birth?** Click or tap here to enter text.
4. **What gender do you identify as most often?** Click or tap here to enter text.
5. **What is your legal gender?** Click or tap here to enter text.
6. **Did you tell others about your gender identity? If yes, to whom and at what age?** Click or tap here to enter text.
7. **At what age did you start expressing yourself in your current gender?** Click or tap here to enter text.
8. **What gender expression do you prefer?** Click or tap here to enter text.
9. **Have you experienced any health or safety related problems in your current or prior housing assignments? If yes, please list the environment, e.g. single cell, 6-person pod, 200-person dorm, the time housed there, and the concerns.** Click or tap here to enter text.
10. **Have you ever been housed in a male or female facility/institution (this would include jail or community-based housing).** Click or tap here to enter text.
11. **Have you ever lived in a male or female correctional facility? Please explain** Click or tap here to enter text.
12. **What type of housing do you believe would be the safest for you?** Click or tap here to enter text.
13. **Please explain why you believe that your preferred housing is better for your health and safety than your current housing.** Click or tap here to enter text.
14. **What else would you like the committee to consider regarding your health and safety?** Click or tap here to enter text.

# CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION
# GENDER IDENTITY INFORMATION FOR ICC

This form requires a face-to-face interview and should be completed prior to ICC to aid the committee in making the appropriate housing determination. Once completed, this form shall be retained as part of the ICC documents. CDCR shall not deny a search preference or housing placement based on any discriminatory reasons such as the inmate's anatomy, genitalia, physical characteristics or sexual orientation.

### GENDER IDENTIFICATION DOCUMENTED

(Documented dates the inmate identified as Transgender, Non-Binary or Intersex while in confinement. Review MCC, GIQ, POR, etc.)

**Aliases:** Click or tap here to enter text.

**Legal name:** Click or tap here to enter text.

**Legal gender:** Click or tap here to enter text.

### CRIMINAL HISTORY/ARREST INFORMATION

(I.e., Arrest date, Arrest charge, Prior sex offenses, etc.) Click or tap here to enter text.

### HOUSING/IN-CELL INFORMATION

(Add information relative to housing, e.g., had issues while housed in a Dorm setting at SQ)

**Date arrived in CDCR:** Click or tap here to enter text.

**Date arrived at current institution:** Click or tap here to enter text.

**Additional housing information:** Click or tap here to enter text.

### MEDICAL/MENTAL HEALTH INFORMATION

(Mental Health Status if available. e.g.,, GP, EOP, CCCMS, etc.)

**MH Level of Care:** Click or tap here to enter text.

**Input from MH during ICC if applicable:** Click or tap here to enter text.

**Input from Medical during ICC if applicable:** Click or tap here to enter text.

### DISCIPLINARY HISTORY

(Any discipline related to *sexual offenses, IEX, in cell violence, sexually violent predator*, etc. that may affect housing) (Also, include any discipline relative to PREA violations associated with gender dysphoria, e.g., dress code violations)
Click or tap here to enter text.

### PREA - VICTIMIZATION OR PREDATORY BEHAVIOR

(Any information related to victimization or predatory behavior that may affect housing. Include document referenced.) Click or tap here to enter text.

### ADDITIONAL INFORMATION

(Review Attached Considerations)

Click or tap here to enter text.

STATE OF CALIFORNIA  
**GRIEVANCE**  
CDCR 602-1 (Rev. 01/22)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

PELICAN BAY STATE PRISON

| STAFF USE ONLY | OGT Log No: 635085 | Date Received: OCT 07 2024 |
|---|---|---|
| | Decision Due Date: 12-7-2024 | |
| | Categories: | GRIEVANCE OFFICE |

Claimant Name: Foroyce    CDCR #: BM7760
Institution/Parole Region: PBSP    Current Housing/Parole Unit: A6-126

**STAFF USE ONLY**

<u>Use this form to file a complaint with the Department.</u>

**In order for the Department to understand your complaint, please answer all of the following questions:**

- What is the nature of your complaint?
- When and where did the complaint occur?
- Who was involved?
- Which specific people can support your complaint?
- Did you try to informally resolve the complaint?
- What rule or policy are you relying on to make your complaint?
- What specific action would resolve your complaint?

NOTE: Attach documents that help support your complaint (identify the documents if you do not have them).

first and formost Greeting to you all. The Reason why I am writing This Grievance under CAL pen code § 2606 is Because I am a Transgender woman whos Housed Here at pelican Bay A-facility where There is No Video Cameras inside The Dayrooms and Have The Right To Be Housed around other Transgender Inmates look Theres No privacy curtains on the Shower Doors To feel comfortable while Taking A shower etc. under SB132 and "PBSP" fails Transgender Rights As seen in case Becker.V.Sherman, 2017 US Dist Lexis 203501.
    Im Housed Here at pelican Bay on A-yard- and can-not Buy Any

ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (Rev. 01/22)

CONTINUATION PAGE

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Transgender fememine products at the canteen They do not Have a section for Transgender woman so Im not Given my Hormones and I ask the OOG to Investigate This please And Thank you.

Remedee —

Send Me to Another prison where I can start my Hormones and Be Around other Transgender woman Like myself
Thank you.

Also per CDCR DOM-sect. 62080.14
And
Case: Bradley.V.Weber
2020 us Dist Lexis 85305
And
DAI poily# 500.70.27

Claimant Signature: Jordyce

Date Signed: 10/4/24

*ADA Accessible*

(. My .)
(. Complaint .)

602 was sent already on matter

I walked up to the canteen window Due for the fact it was open and Asked The canteen clerk "Jermy" HERE oN A-YARD IN Pelican BAY IF They Have yet put Any Gender-Affirming Cosmetics Due for the fact that I AM A TRANSgend woman, And AM entitled to Equal protection As seen in case

Hansen. V. Black

855 F 2d 642 646 (9th circ. 1989) And Also 1st, 14th, 8th Constitutional Amended right under Equal protection of America, CDCR Title 15 3004(A) per Respect By Anyone, Not only Staff, PER 3271 Title 15 - Entitles THE Responcibility of CDCR Employees - That Does Not mean To Allowe your canteen worker To Discriminate oN ME Because Im Asking A question To the canteen clerk Jermy - But when I was Asking about female Hygiene products you Guys said Im oN (the wrong fucking yard) PER DOM 62080.14 And My Belief That was very wrong Jermy! Thank you.

c/ Brittany

STATE OF CALIFORNIA
RIGHTS AND RESPONSIBILITY STATEMENT
CDCR 1858 (Rev. 10/06)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

The California Department of Corrections and Rehabilitation has added the department language (shown inside brackets, in non-boldface type) for clarification purposes.

Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED | |
|---|---|---|---|
| INMATE/PAROLEE PRINTED NAME  Fordyce. J | INMATE/PAROLEE'S SIGNATURE  Fordyce Josh | CDC NUMBER  BM7760 | DATE SIGNED  10/18/24 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED | |

DISTRIBUTION:
ORIGINAL –
Public – Institution Head/Parole Administrator
Inmate/Parolee – Attach to CDC form 602
Employee – Institution Head/Parole Administrator
COPY - Complainant

STATE OF CALIFORNIA  
**HEALTH CARE SERVICES REQUEST FORM**  
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

### PART I: TO BE COMPLETED BY THE PATIENT
If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.

REQUEST FOR: MEDICAL ☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

NAME: Fordyke  
CDCR NUMBER: BM7760  
HOUSING: D1-A-102  
PATIENT SIGNATURE: Fordyke  
DATE: 10/31/24

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) Im Requesting my Hormone Treatment per the DAI policy 500.70.27, Im a Transgender Woman who self Identifys with Gender Dysforia And Have Been Discriminated on By The Mental Health Dyschologist Feye & Rush

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

STATE OF CALIFORNIA
**REASONABLE ACCOMMODATION REQUEST**
CDCR 1824 (Rev. 09/17)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 1

| INSTITUTION (Staff use only) | LOG NUMBER (Staff Use Only) | DATE RECEIVED BY STAFF: |
|---|---|---|
| PBSP | 634231 | PELICAN BAY STATE PRISON OCT 04 2024 GRIEVANCE OFFICE |

**********TALK TO STAFF IF YOU HAVE AN EMERGENCY**********

**DO NOT** use a CDCR 1824 to request health care or to appeal a health care decision. This may delay your access to health care. Instead, submit a CDC 7362 or a CDCR 602-HC.

| INMATE'S NAME (Print) | CDCR NUMBER | ASSIGNMENT | HOUSING |
|---|---|---|---|
| Fordyce | BM7760 | N/A | A6-126 |

**INSTRUCTIONS:**
- You may use this form if you have a physical or mental disability or if you believe you have a physical or mental disability.
- You may use this form to request a specific reasonable accommodation which, if approved, will enable you to access and/or participate in a program, service or activity. You may also use this form to submit an allegation of disability-based discrimination.
- Submit this form to the Custody Appeals Office.
- The 1824 process is intended for an individual's accommodation request. Each individual's request requires a case-by-case review.
- The CDCR 1824 is a request process, not an appeal process. All CDCR 1824 requests will receive a response.
- If you have received an 1824 decision that you disagree with, you may submit an appeal (CDCR 602, or CDCR 602-HC if you are disagreeing with a medical diagnosis/treatment decision).

**WHAT CAN'T YOU DO / WHAT IS THE PROBLEM?**
I am a Transgender woman whos Housed Here in Pelican Bay. But like in Smith V. Diaz 2023 US Dist Lexis 31042 - I am not given my Hormons and this facility does not have security cameras and being inside facility and being Transgender to shower.

**WHY CAN'T YOU DO IT?**
I'm not given my Hormons Here at Pelican Bay and the facility has no cameras to watch or maintain the safety of any Transgender woman which facility lacks safety concerns.

**WHAT DO YOU NEED?**
I would like to be Transfered to a Transgender friendly facility and start my Hormons. I am Protected By SB132. I'm not allowed to purchase any female products and feel like I am really descriminated against Here in Pelican Bay and over punished for being Transgender I have Gender Distoria and my mental Health.

**DO YOU HAVE DOCUMENTS THAT DESCRIBE YOUR DISABILITY?** Yes ☐ No ☐ Not Sure ☒

List and attach documents, if available:
This facility has no camera's inside dayrooms and I am not given my Hormonal Treatment I'm in the computer as Transgender woman.

I understand that staff have a right to interview or examine me, and my failure to cooperate may cause this request to be disapproved.

INMATE'S SIGNATURE: Fordyce / Brett
DATE SIGNED: 10/3/24

Assistance in completing this form was provided by:

_____ _____ _____
Last Name          First Name         Signature

Pg. 1

Exibit-C entitled:
supporting case laws:
→ Sabbats. V. Clark
2022 US Dist. Lexis 164430
→ Cano. V. S.C. Dept. of Corr, (WPATH)
2023 US Dist Lexis 160250
→ Haverkamp. V. Linthicum
2024 US dist Lexis 170933
→ Norington. V. Mitcheff
2012 US Dist Lexis 178618

supporting facts:
on 9/30/2024, I spoke with the pys. DR. MRS. FRYE at 10:00 AM, while Being Housed Here on Alpha yard Here in Pelican bay state prison when I spoke with Her about My Gender Dysforia since I do per the DAI policy Identify as Being Gender Dysforia! She didn't Grant Me My proper Diagnosis is why Im placing this 42 USC 1983 on the Ground Mental Health are Not Allowed To Discriminate on Any Inmate or person period. When I was Reading the Info In The Law Libary on this facility Barrowed tablet Due for the Division of Adult Instution Policy 500.70.27 I Have the Right per Being An American

1. Who Housed in the california
2. Deptment of Corrections and
3. Rehabilitations under the 1st, 8th
4. And 14th Constitutional Amended
5. Rights Not To Be Judged, And
6. Most Deffantly Treated with
7. Equal protection per Im IN
8. The CDCR, and if you look
9. at this updated canteen List!
10. Where are The Gender-Affirming
11. canteen Items which Usually
12. Say "per Transgender ONly"
13.    So I Seen The canteen
14. window was open and Not
15. Helping Anyone So I walked
16. up To the window and asked
17. The canteen free staff who is
18. Emplayed By the CDCR-State
19. of california, when I asked
20. The free staff if they Have
21. put any Gender Affirming Items
22. on the canteen Due for the
23. Fact Im a Transgender
24. Inmate who Identifys as a
25. woman— The free staff Jermy
26. from A yard and His canteen
27. worker's who are Inmates
28. To Allow Them And The free
Staff To Tell ME "Im ON
The Wrong Fucking Yard"

1. In in deed Discrimination - So I
2. Have Informed c/o Muster who is
3. IN "A6" Also "captain Dewitt" A-yard
4. program and Lutinuet Spier. All on
5. A-yard Because I know I am
6. Entitled To Be Treated fairly 42 USC 1983
7. 1st, 8Th, 14th Amendment per the
8. fact I've 602 - The Factual Basis
9. Is No Matter what Im A Transgender
10. Woman who suffers with Gender -
11. Dysforia and Have Brought Issues
12. about The complaints And Have
13. Even Asked (LT. Clemons) about The
14. policy under Division of Adult Institutions
15. DAI policy - 500.70.27 - I've Had
16. Numerous problems with Mental
17. Health pys. DR, Here in Pelican
18. Bay which is Bringing forth this
19. Compliant against
20. pys. DR. Frye - from PBSP - A-yard
21. pys. DR. Rush - from PBSP - D-yard
22.         under violation of Any
23. American federal and civil Rights
24. under Equal protection claus,
25. By Bringing forth this Issue
26. 42 USC 1983 under Being An
27. American with Entitled Rights.
28. Seen, in /~~see~~ Bradley. V. weber
            2020 US. dist Lexis 85305

Pg. 4
1. She Had Brought fourt many of
2. simular complaint That I am Asking
3. To Be Address By a court Because
4. These people Have caused Me AN
5. Emotion Distress — I do Not Like
6. To Be around other Inmates per
7. The Fact I am Judged on My
8. Sexuality and its the C/O Job and
9. Responcibility per the 8Th Amend
10. To make sure per The Title 15
11. Section 3271 By me placing A
12. Citizen complaint against These
13. Individules who work for or
14. Are Employed By the State of
15. CAlifornia.
16. Free Staff Jermy - "on A-yard"
17. Here in pelican Bay
18. And works in canteen
19. on A-facility —
20. PCM II
21. DANielle wood
22.
23. The PCM II is The Boss
24. of "The Free staff Jermy" I
25. wrote em And Asked about
26. Transgender Gender Affirming
27. canteen Items and I was Told
28. That Theres No policy which

Requires Them To purchase and
Have "EN-Stock" for Transgender

pg. 5

1. Who come to Pelican Bay State
2. Prison so in case other Transgender
3. End up Here per the 8th and
4. 14 Amend when asked we do
5. Not Have to Jump Thru Loops
6. And Get No where fast. I do
7. Understand this is not a location
8. Which is considered a Trans-
9. gender Hub - Ive Requested to
10. Get My "Serrious Medical Treatment"
11. and Hormonal Treatment." Thank you.
12. → supporting case laws —
13. Campbell v. Bruce
14. 2019 US Dist Lexis 168251
15. Bradley v. Price
16. 2021 US. Dist. Lexis 89605
17. Mitchell v. Wall
18. 2015 US. Dist. Lexis 54065
19. — supporting facts —
20. Under 42 USC 1983 and Violation
21. Of My Civil Rights complaint per
22. Health care Treatment of
23. Gender Identity Disorder per
24. The updated Eff. date 12/19/2011)
25. and Revised Version of the
26. DAI policy #500.70.27 per
27. Gender Dysforia . . . . were
28. Deliberately Indifferent to my
Need For Adequate Treatment
For "G.I.D Pursuant to the

pg. 6

DAI Policy #500.70.27
And per the damages of my emotional, mental and physical pain and suffering I am asking for A Relief for CDCR violating my civil Rights—
    When the 8th Amendment of the United States Constitution Requires—Custody Staff to provide Adequate Medical care for All Inmates— Not on Just Transgender — Inmates Must Be provided Adequate food, Clothing, Shelter and Medical Care pertaining That The prison Official To provide Humane Conditions of confinements and Take Reasonable Measures To Gaurantee The safety of All Inmates: As Seen in case FARMER V. Brennan 511 US 825. 832 114 S.CT 1970, 128 L.Ed 2d 811 (1994) citing Hudson V. Palmer 468 US 517 526-527 104 S.CT 3194 82 L.Ed 2d 393 (1984)
    By Medical Refusing to Give Me the Reasonable Accom- Due To Recieving My Hormones

Therepy or even setting me up to be seen by a "Transgender specialist called Endocrinologist" to get a Hormonal Treatment.

When it is in the federal and state Guidelines they can-not Discriminate on Any Inmate under the first Amend 8th and 14 Amendment –

I Respectfully submit. On this.

God Bless

Sincerly
Joshua Fordyce #BM7760
AKA –
Brittany Fordyce
per
SB132 – Transgender

[signature: Fordyee Brittany]

Date Submitted,
11-3-2024

# CIVIL COMPLAINT