
Jan. 27, 25

**FILED**
JAN 30 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

1. Honorable Judge:
2. Susan. Van Keulen
3. of
4. The Northern District court of
5. San Jose - California,
6. The reason why I am
7. writting you this letter is
8. I was reading The case
9. Fordyce. V. Frye
10. 2025 US Dist Lexis 9683
11. where in "the conclusion"
12. For the foregoing Reason, I
13. Must file AN "Amended complaint"
14. on or About Feb. 14. 2025 IN
15. Reference To complaint
16. No. C - 24-7830-SVK (PR)
17. "Court ordered First Amend
18. complaint" which IM Bringing
19. Fourth in your court room
20. Against These
21. Goverment Employees whom
22. work for "PBSP"
23. Head Pyschologist
24. DR. Frye           and
25. DR. Rush
26.      who Both work for
27. Pelican Bay state prison
28. who Have Both Interviewed
   Me In Regards To My

1. Mental Health and spoke
2. With Me about "Me" Being
3. A Transgender Woman who
4. self identifys with Gender
5. Dysforia under the DAI
6. policy 500-70.27 Allowes
7. Me to under SB132
8. To Be placed on Female
9. Hormones and under The
10. 1st, 14th and 8th Amend
11. Right of the federal and
12. state constution clearly
13. States Im entitled To the
14. Equal protection claus-
15. Both Ms. frye and Ms.
16. Rushe Both Denied Me My
17. Gender Dysforia which is
18. Discrimination when Im
19. AN Inmate under SB132
20. policy. The Correctional
21. officer's All reconize And
22. Respect My wishes So
23. why Doesn't Mental Health
24. ON 42 USC 1983
25. I was suppose To put
26. CEO - Katy Minor
27. Because she is The one
28. who's JoB it is To Make
sure These Mental Health

1. Staff follow the rules And
2. Regulation of the Title
3. 15 and 28 as well
4. As the D.O.M. The D.A.I
5. policy 500.70.27 is on
6. The Dept. Adult of Instutions
7.
8. The Head PCM II
9. Danielle Wood
10. Is one of the lead
11. staff whom' work the
12. Dept" under the CANteen
13. whos job is To stock
14. The Shelf with Canteen
15. Item and
16. free. Staff Jermy
17. who works on
18. A-yard canteen Told Me
19. I was on the wrong
20. fucking yard Being a
21. Transgender Woman per
22. Being Housed IN PBSP.
23. Under the 14th Amend
24. I would or Am suppose to
25. Be Entitled To The
26. Gender Affirming canteen
27.
28. which clearly violates
    My civil Rights. under

1. The 1st. 8th And 14th Amend
2. of the Constitution And Not
3. To Be Treated Differently per
4. SB132.
5.
6.      So I Ask the Court To
7. Appoint Legal counsle To
8. Represent Me on the
9. Matter At Hand as what
10. Im Seeking for The
11. cognizable Relief:
12.      Is To:
13. Writ. of. Mandate
14.      - A -
15. Policy for there in PBSP
16. To provide Transgender
17. Inmates A section on the
18. canteen slip under the
19. equal protection claus of
20. the 14' Amendment of the
21. Coleman. V. Newsom case
22. 2023 us dist lexis 85938
23.      So I Respectfully
24. Submit on the Matter
25. Exhast Relielf:
26. To provide Transgender A
27. Section on the cAnteen
28. slip and Monetary Relief
    for my civil Rights Being
    violated. Thank you.